■ EGW TEMPORARIES, INC., Respondent, v RLI INSURANCE COMPANY, Appellant, et al., Defendant. RLI INSURANCE COMPANY, Third-Party Plaintiff, v TITAN WRECKING & ENVIRONMENTAL, LLC, et al., Third-Party Defendants. (Appeal No. 1.) [919 NYS2d 918]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered February 9, 2010. The or-

der, inter alia, awarded plaintiff money damages against defendant RLI Insurance Company after a nonjury trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.